# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJENDRA DEO,<br><br>          Plaintiff,<br><br>     v.<br><br>LORETTA E. LYNCH, et al.,<br><br>          Defendants. | Case No.  1:16-cv-00825-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 15, 2016<br><br>(ECF No. 10) |

On August 25, 2016, the parties filed a request to continue the scheduling conference in this action due to the pending motion to dismiss.  The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for September 19, 2016 at 9:30 a.m. is CONTINUED to November 15, 2016 at 3:00 p.m. in Courtroom 9; and
2. The parties shall file a joint scheduling report seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **August 26, 2016**

UNITED STATES MAGISTRATE JUDGE

1