# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJENDRA DEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORETTA E. LYNCH, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00825-SAB<br><br>ORDER VACATING NOVEMBER 23, 2016 HEARING |

On October 21, 2016, Plaintiff filed a motion for reconsideration which was set for oral argument on November 23, 2016. Pursuant to the Local Rules, Defendants' opposition to the motion was due on November 9, 2016. L.R. 230(c). Defendants did not file a timely opposition to the motion. Therefore, Defendants are not entitled to be heard at a hearing on Plaintiff's motion. L.R. 230(c).

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on November 23, 2016, at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **November 15, 2016**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1